IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              )
JOHN C. RAFFAELLI and               ) Case No. 17 B 09576
MARY ANN RAFFAELLI                  ) Hon. TIMOTHY A. BARNES
                                    ) Chapter 7
                                    )
                    Debtor          )
            **CERTIFICATE OF SERVICE**

   PLEASE TAKE NOTICE, that I , Allan J. DeMars, trustee in
bankruptcy, pursuant to Local Rule 2002-2, on September 7, 2017
either mailed a copy of the Notice of Final Report (NFR) to
the following or served through the court's Electronic Filing
System:

Konstantine T. Sparagis, attorney for debtor
gsparagi@yahoo.com
Patrick S. Layng
USTPRegion11.ES.ECF@usdoj.gov

John C. Raffaelli
Mary Ann Raffaelli
8832 W. 101st St.
Palos Hills, IL 60465

Discover Bank Discover Products Inc.
PO Box 3025
New Albany, OH 43054-3025

American InfoSource LP as agent
4515 N. Santa Fe Ave.
Oklahoma, OK 73118

Calvary SPV 1, LLC
500 Summit Lake Drive - Suite 400
Valhalla, NY 10595

Resurgent Capital Services
PO Box 19008
Greenville, SC 29602

                                    __/s/ Allan J. DeMars_____
                                    Trustee in Bankruptcy

Allan J. DeMars
Spiegel & DeMars
19 S. LaSalle St. - Suite 902
Chicago, IL 60603