# UNITED STATES BANKRUPTCY COURT
NORTHERN    DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: JOHN C. RAFFAELLLI and § Case No. 17-09576
MARY ANN RAFFAELLI § Hon. TIMOTHY A. BARNES
§ Chapter 7
§
Debtor(s)

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

ALLAN J. DeMARS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $213,654.00 | Assets Exempt: | $118,186.00 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $30,508.39 | Claims Discharged Without Payment: | $331,936.56 |
| Total Expenses of Administration: | $7,542.92 | | |

3) Total gross receipts of $38,051.31 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $38,051.31 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $233,927.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $7,542.92 | $7,542.92 | $7,542.92 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $93,546.00 | $45,074.95 | $45,074.95 | $30,508.39 |
| **TOTAL DISBURSEMENTS** | $327,473.00 | $52,617.87 | $52,617.87 | $38,051.31 |

4) This case was originally filed under chapter 7 on 03/27/2017.
The case was pending for 8 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/09/2017                         By: /s/ Allan J. DeMars
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Wells Fargo - brokerage account | 1129-000 | $38,051.31 |
| **TOTAL GROSS RECEIPTS** | | **$38,051.31** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NONE | | | $0.00 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 - SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | SCHEDULED WITH NO CLALIM FILED | | $233,927.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$233,927.00** | **$0.00** | **$0.00** | **$0.00** |

UST Form 101-7-TDR (10/1/2010)

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Associated Bank | 2600-000 | N/A | $80.53 | $80.53 | $80.53 |
| Allan J. DeMars | 2100-000 | N/A | $4,555.13 | $4,555.13 | $4,555.13 |
| Allan J. DeMars | 2200-000 | N/A | $9.26 | $9.26 | $9.26 |
| Allan J. DeMars | 3110-000 | N/A | $1,852.50 | $1,852.50 | $1,852.50 |
| Lois West/Kutchins Robbins & Diamond | 3410-000 | N/A | $1,045.50 | $1,045.50 | $1,045.50 |
|  |  |  |  |  |  |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES |  | N/A | $7,542.92 | $7,542.92 | $7,542.92 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NONE |  | N/A | $0.00 | $0.00 | $0.00 |
|  |  |  |  |  |  |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES |  | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | NONE |  | $0.00 | $0.00 | $0.00 | $0.00 |
|  |  |  |  |  |  |  |
| TOTAL PRIORITY UNSECURED CLAIMS |  |  | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-900 | $10,101.00 | $10,101.06 | $10,101.06 | $6,836.77 |
| 2 | Verizon | 7100-000 | $0.00 | $165.95 | $165.95 | $112.32 |
| 3 | Calvary SPV 1, LLC assignee of Citibank | 7100-900 | $1.00 | $24,643.07 | $24,643.07 | $16,679.34 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | PYOD, LLC successor to Citibank | 7100-000 | $1.00 | $10,164.87 | $10,164.87 | $6,879.96 |
| | 14 SCHEDULED WITH NO CLAIM FILED | | $83,443.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $93,546.00 | $45,074.95 | $45,074.95 | $30,508.39 |

UST Form 101-7-TDR (10/1/2010)

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No.   17-09576                                                                Trustee Name:  Allan J. DeMars

Case Name: JOHN C. and MARY ANN RAFFAELLI                                          Date Filed (f) or Converted (c): 3/27/17 (F)

For Period Ending:   3/31/18                                                       §341(a) Meeting Date: 5/10/17

                                                                                   Claims Bar Date: 8/11/17; GOV'T 9/25/17

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** **Ref #** | | **Petition/ Unscheduled Values** | **Estimated Net Value (Value Determined by Trustee Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA=§ 554(a) abandon** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | residence at 8832 W. 101st ST. Palos Hills, IL | 235,000.00 | 0.00 | | 0.00 | FA |
| 2 | 2011 Chevy Malibu | 5,000.00 | 0.00 | | 0.00 | FA |
| 3 | 2011 Dodge Journey | 5,500.00 | 0.00 | | 0.00 | FA |
| 4 | Misc household goods | 4,500.00 | 0.00 | | 0.00 | FA |
| 5 | Misc clothing | 1,000.00 | 0.00 | | 0.00 | FA |
| 6 | Misc jewelry | 2,000.00 | 0.00 | | 0.00 | FA |
| 7 | cash | 400.00 | 0.00 | | 0.00 | FA |
| 8 | checking and savings with Bank Financial | 3,700.00 | 0.00 | | 0.00 | FA |
| 9 | checking and savings with First Merit | 177.00 | 0.00 | | 0.00 | FA |
| 10 | investment account with Riverstone/Wells Fargo | 30,000.00 | 38,051.31 | | 38,051.31 | FA |
| 11 | pension | unknown | 0.00 | | 0.00 | FA |
| 12 | 401K with former employer at BofA | 32,380.00 | 0.00 | | 0.00 | FA |
| 13 | 401k with former employer at GLW/Riverstone | 11,000.00 | 0.00 | | 0.00 | FA |
| 14 | IRA annuity with Riverstone | 31,183.00 | 0.00 | | 0.00 | FA |
| 15 | pension | unknown | 0.00 | | 0.00 | FA |

| | | |
|---|---|---|
| TOTALS (Excluding unknown values) | 38,051.31 | 38,051.31 |
| | | (Total Dollar Amount in Column 6) |

Major activities: Liquidation of Brokerage Account

EXHIBIT "9" - FORM 2

**CASH RECEIPTS AND DISBURSEMENT RECORDS**

Case No.: 17-09576  
Case Name: JOHN C. and MARY ANN RAFFAELLI  
Taxpayer ID#: xx-xxx3871  
For Period Ending: 3/31/18  

Trustee's Name: Allan J. DeMars  
Bank Name: Associated Bank  
Initial CD #: CDI  
Blanket bond (per case limit): 5,000,000  
Separate bond (if applicable): ___  
Checking Acct#: xxxxxx2975  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Checking Acct Balance |
| 5/23/17 | Ref 10 | Wells Fargo | liquidation of brokerage account | 1129-000 | 38,051.31 | | 38,051.31 |
| 5/25/17 | | Associated Bank/Deluxe | check printing charges | 2600-000 | | 50.52 | 38,000.79 |
| 6/14/17 | | Associated Bank | bank service charge | 2600-000 | | 15.01 | 37,985.78 |
| 7/17/17 | | Associated Bank | bank service charge | 2600-000 | | 15.00 | 37,970.78 |
| 9/15/17 | | Associated Bank | bank service charge | 2600-000 | | 15.00 | 37,955.78 |
| 9/20/17 | | Associated Bank | bank service charge reversal | 2600-000 | | (15.00) | 37,970.78 |
| 10/11/17 | Check 1001 | Allan J. DeMars | trustee's fees | 2100-000 | | 4,555.13 | 33,415.65 |
| 10/11/17 | Check 1002 | Allan J. DeMars | expenses | 2200-000 | | 9.26 | 33,406.39 |
| 10/11/17 | Check 1003 | Allan J. DeMars | attorney's fees | 3110-000 | | 1,852.50 | 31,553.89 |
| 10/11/17 | Check 1004 | Lois West/Kutchins Robbins & Diamond | accounting fees | 3410-000 | | 1,045.50 | 30,508.39 |
| 10/11/17 | Check 1005 | Discover Bank | 726(a)(2); 67.68369% | 7100-900 | | 6,836.77 | 23,671.62 |
| 10/11/17 | Check 1006 | Verizon | 726(a)(2); 67.68369% | 7100-000 | | 112.32 | 23,559.30 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid to/ Received from | Description of Transaction | Uniform Transaction Code | Deposit $ | Disbursement $ | Checking Acct Balance |
| 10/11/17 | Check 1007 | Calvary SPV 1, LLC assignee of Citibank | 726(a)(2); 67.68369% | 7100-900 | | 16,679.34 | 6,879.96 |
| 10/11/17 | Check 1008 | PYOD, LLC successor to Citibank | 726(a)(2); 67.68369% | 7100-000 | | 6,879.96 | 0.00 |
| | | | | COLUMN TOTALS | 38,051.31 | 38,051.31 | 0.00 |
| | | | Less: Bank transfers/CD Subtotal | | | | |
| | | | Less: Payments to debtor(s) | | | | |
| | | | Net | | 38,051.31 | 38,051.31 | 0.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | BALANCES |
|---|---|---|---|
| Checking# xxxxxx2975 | | | |
| Money Market # | 38,051.31 | 38,051.31 | 0.00 |
| Savings # | | | |
| CD #CDI | | | |
| Net | 38,051.31 | 38,051.31 | 0.00 |
| | Excludes account transfers | Excludes payments to debtor | Total Funds on Hand |